_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MARGARET ELISABETH & JOHN PATRICK MURLEY | CASE NO. 20-50758-KMS |

**ORDER RELEASING EARNINGS OF DEBTOR**
**MARGARET ELISABETH MURLEY (SSN # XXX-XX-8752)**

THE ORDER (**Dkt. 14**) heretofore entered in these proceedings by which the debtor's employer:

> GULFPORT MEMORIAL HOSPITAL
> ATTN: PAYROLL DEPARTMENT
> 4500 13TH STREET
> GULFPORT, MS 39501

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##