**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Margaret Elisabeth Murley | Case No. 20-50758-KMS |
| | John Patrick Murley, Debtors | Chapter 13 |

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  /s/ Margaret Elisabeth Murley                                                04-24-2025
        Margaret Elisabeth Murley                                                         Dat

        /s/ John Patrick Murley                                                              04-24-2025
        John Patrick Murley                                                                   Date

        /s/ Thomas C. Rollins, Jr.                                                           04-24-2025
        Thomas C. Rollins, Jr., MS Bar No. 103469                          Date
        Attorney for the Debtors
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On April 24, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-50758 |
|---|---|
| MARGARET ELISABETH MURLEY<br>JOHN PATRICK MURLEY | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/24/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/24/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 20-50758 |
| MARGARET ELISABETH MURLEY<br>JOHN PATRICK MURLEY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 4/24/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/24/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  20-50758<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU APR 24 9-5-22 PST 2025 | PHH MORTGAGE CORPORATION<br>SHAPIRO   MASSEY   LLC<br>1080 RIVER OAKS DRIVE   SUITE B-202<br>FLOWOOD   MS 39232-7603 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL   JR US COURTHOUSE~~<br>~~2012 15TH STREET   SUITE 244~~<br>~~GULFPORT   MS 39501-2036~~ |

ASSOCIATED PATHOLOGIST
PO BOX 530814
ATLANTA  GA 30353-0814

BANK OF AMERICA
PO BOX 982238
EL PASO  TX 79998-2238

BANK OF AMERICA  NA
P O BOX 982284
EL PASO  TX 79998-2284


BIENVILLE ORTHOPEDICS
6300 E LAKE BLVD
VANCLEAVE  MS 39565-6770

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON  DE 19850-5369

CITIBANK
PO BOX 6217
SIOUX FALLS  SD 57117-6217


COLLECTIONS   INC
PO BOX 6065
GULFPORT  MS 39506-6065

GULF SOUTH SURGERY CEN
1206 31ST AVE
GULFPORT  MS 39501-1804

GULFPORT ANESTHESIA SE
15190 COMMUNITY RD
STE 230A
GULFPORT  MS 39503-3483


HEALTHCARE FINANCIAL A
PO BOX 6410
METAIRIE  LA 70009-6410

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO ROBERTSON   ANSCHUTZ   SCHNEID  PL
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

KEESLER FEDERAL CREDIT UNION
PO BOX  7001
BILOXI  MS 39534-7001


LVNV FUNDING   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MARTIN LAKE RESORT
PO BOX 1098
OCEAN SPRINGS  MS 39566-1098

MEMORIAL HOSPITAL
4500 13TH STREET
GULFPORT  MS 39501-2569


MEMORIAL HOSPITAL
PO BOX 15579
HATTIESBURG  MS 39404-5579

MERIT HEALTH BILOXI
PO BOX 281436
ATLANTA  GA 30384-1436

ORANGE GROVE URGENT
10556 HWY 49
GULFPORT  MS 39503-4109


PHH MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH  FL 33416-4605

PARAGON REVENUE GROUP
P O BOX 127
CONCORD  NC 28026-0127

PATIENT ACCOUNT SERVIC
PO BOX 1022
WIXOM  MI 48393-1022


PAUL MATHERNE MD  PC
180 DEBUYS RD
B223
BILOXI  MS 39531-4402

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRIMELENDING
18111 PRESTON RD
DALLAS  TX 75252-6601

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROOMS TO GO
10325 US 49
STE A
GULFPORT MS 39503-4101

SHAPIRO BROWN LLC
BEHALF OF PHH MORTGAGE CORPORATION
1080 RIVER OAKS DRIVE SUITE B-202
FLOWOOD MS 39232-7603

SIMONE ASSOCIATES
10585 THREE RIVERS RD
STE C
GULFPORT MS 39503-3572

SYNCHRONY BANK
PO BOX 965028
ORLANDO FL 32896-5028

TD RETAIL CARD SERVICES
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

UMMC
PO BOX 3488
DEPT 05-077
TUPELO MS 38803-3488

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

JOHN PATRICK MURLEY
433 MCGUIRE CIRCLE
GULFPORT MS 39507-3900

DEBTOR
MARGARET ELISABETH MURLEY
433 MCGUIRE CIRCLE
GULFPORT MS 39507-3900

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~
~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~