United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 20-50758-KMS
Margaret Elisabeth Murley     Chapter 13
John Patrick Murley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Apr 22, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Margaret Elisabeth Murley, John Patrick Murley, 433 McGuire Circle, Gulfport, MS 39507-3900 |
| | + GULFPORT MEMORIAL HOSPITAL, ATTN: PAYROLL DEPARTMENT, 4500 13TH STREET, GULFPORT, MS 39501-2515 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

**Name**     **Email Address**

Amanda P Traxler
    on behalf of Creditor PHH Mortgage Corporation atraxler@panditlaw.com logsecf@logs.com

Eric C Miller
    on behalf of Creditor PHH Mortgage Corporation logsecf@logs.com

J. Gary Massey
    on behalf of Creditor PHH Mortgage Corporation MSBankruptcy@LOGS.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Margaret Elisabeth Murley trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf012 | Total Noticed: 2 |

        on behalf of Joint Debtor John Patrick Murley trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
        wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7

___



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 22, 2025**

___
The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN RE:                                                                          CHAPTER 13
MARGARET ELISABETH & JOHN PATRICK MURLEY         CASE NO. 20-50758-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**MARGARET ELISABETH MURLEY (SSN # XXX-XX-8752)**

THE ORDER **(Dkt. 14)** heretofore entered in these proceedings by which the debtor's employer:

>   GULFPORT MEMORIAL HOSPITAL
>   ATTN: PAYROLL DEPARTMENT
>   4500 13TH STREET
>   GULFPORT, MS 39501

was directed to pay Debtor's wages or a portion thereof to:

>   WARREN A. CUNTZ, JR. TRUSTEE
>   P.O. BOX 3749
>   GULFPORT MS 39505-3749
>   (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##